HOESE, Appellant, v. WHOLE WHEAT CEREAL CO.,
Defendant, and CHRISTENSON, Respondent.

(222 N. W. 693.)

(File No. 6324. Opinion filed December 31, 1928.)

*James O. Berdahl,* of Sioux Falls, for Appellant.
*Sterling, Clark & Grigsby,* of Redfield, for Respondent.

POLLEY, J. All of the facts and the issues involved in this case are precisely the same as those involved in the case of William Hoese, Plaintiff, v. N. N. Christenson and Whole Wheat Cereal Co., Defendants, Case No. 6325 (S. D.), 222 N. W. 692, and upon the authority of the opinion handed down herewith in that case, the order appealed from in this case is affirmed.

BURCH, P. J., and SHERWOOD, CAMPBELL, and BROWN, JJ., concur.